IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00699-DDD-STV

DMITRY KATSEL; and
HELENE KATSEL,

Plaintiffs,

v.

ALIBABA GROUP HOLDING LIMITED,
ALIBABA.COM US E-COMMERCE CORP.,
ALIBABA.COM US LLC,
ALIBABA.COM SINGAPORE E-COMMERCE PRIVATE LIMITED; and
SENOC POINT-OF-SALE MARKETING,

Defendants.

---

FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Adopting Report and Recommendation and Dismissing Case, filed August 17, 2026, by the Honorable Daniel D. Domenico, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that Magistrate Judge Varholak's Report and Recommendation, Doc. 102, is ACCEPTED and ADOPTED. It is further

ORDERED that judgment is hereby entered in favor of Defendants, Alibaba Group Holding Limited, Alibaba.com US E-Commerce Corp., Alibaba.Com US LLC, Alibaba.com Singapore E-Commerce Private Limited; and Senoc Point-Of-Sale

Marketing, and against Plaintiffs, Dmitry Katsel and Helene Katsel, on Defendants' Motion to Dismiss. It is further

ORDERED that Plaintiff's Complaint and action are dismissed without prejudice.

DATED at Denver, Colorado this 17th day of August, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ Robert R. Keech
Robert R. Keech,
Deputy Clerk